FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 14 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
RICHARD COLEMAN,

                         Plaintiff,          CV-06-1595 (JG)

    -against-

LONG ISLAND RAIL ROAD COMPANY,

                         Defendants.
---------------------------------X

O R D E R

An initial conference will be held in the above-captioned case on September 13, 2006 at 11:00 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       April 13, 2006

                                         s/Joan M. Azrack
                                         _____
                                         JOAN M. AZRACK
                                         UNITED STATES MAGISTRATE JUDGE